Attorneys for Plaintiffs,
Bubalo Hiestand & Rotman, PLC
9300 Shelbyville Road, Suite 215
Louisville, KY 40222
(502) 753-1600

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 3:06-cv-02956-CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| BARRY JEWELL and PAMELA JEWELL<br><br>Plaintiffs,<br><br>vs.<br><br>PFIZER, INC; JOHN DOE ONE; JOHN DOE TWO; PHILLIP W. BALE, MD; and PRIMARY CARE ASSOCIATES OF SOUTHERN KENTUCKY, PLLC d/b/a GLASGOW PRIMARY CARE<br><br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, BARRY JEWELL and PAMELA JEWELL, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs. No settlement funds or consideration of any kind was paid by or on behalf of Phillip W. Bale, M.D. and Primary Care Associates of Southern Kentucky, PLLC d/b/a Glasgow Primary Care.

-1-

| | | |
|---|---|---|
| 1 | DATED: 12-10, 2009 | BUBALO HIESTAND & ROTMAN, PLC |
| 2 | | |
| 3 | | By: *Leslie M. Cronen* |
|   | | Leslie M. Cronen |
| 4 | | Attorneys for Plaintiffs |
| 5 | DATED: 12/10, 2009 | FULKERSON & KINKEL |
| 6 | | |
|   | | By: *signature* |
| 7 | | Melanie S. Marrs |
|   | | David Trevey |
| 8 | | Attorneys for Defendants Phillip W. Bale, MD and Primary Care Associates of Southern Kentucky, PLLC |
| 9 | | d/b/a Glasgow Primary Care |
| 10 | DATED: February 3, 2010 | DLA PIPER LLP (US) |
| 11 | | |
| 12 | | By: *signature* |
|    | | Michelle W. Sadowsky |
| 13 | | Attorneys for Defendant Pfizer, Inc. |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: FEB 1 6 2010

Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE